Michael R. Matthias, SBN 57728
mmatthias@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Attorneys for Plaintiffs
KCG AMERICAS LLC and
KCG HOLDINGS, INC.

Ronald Gainor (Admitted *Pro Hac Vice*)
rgainorlaw@gmail.com
**GAINOR & DONNOR**
6414 Fairways Drive
Longmont, Colorado 80503
Telephone: 720.201.3036

Attorneys for Defendant
ZHENGQUAN ZHANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KCG AMERICAS LLC, a Delaware limited liability company, and KCG HOLDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ZHENGQUAN ZHANG, an individual, <br><br> Defendant. | Case No. 5:17-cv-1953 <br><br> [*Hon. Edward J. Davila*] <br><br> **THIRD JOINT STATUS REPORT** |

**TO THE HONORABLE EDWARD J. DAVILA:**

Plaintiffs KCG AMERICAS LLC and KCG HOLDINGS, INC. (collectively, "Plaintiffs") and Defendant ZHENGQUAN ZHANG ("Defendant"), by and through their respective counsel of record, submit the following Third Joint Status Report pursuant to the Court's Order dated August 11, 2017.

The case of *United States of America v. Zhengquan Zhang*, 17-CR-560 (JMF), is still pending in the United States District Court, Southern District of New York.

A pre-trial conference was held on March 20, 2018. Trial was scheduled for October 29, 2018, and was estimated to last four to five weeks.

On May 3, 2018, Ronald Gainor, attorney for Defendant in both this civil action and the criminal action, filed a motion under seal in the criminal action to withdraw as attorney for Defendant. The Court has set a conference for May 10, 2018 in the criminal case to address that motion.

On May 4, 2018, Ronald Gainor filed a motion under seal in this civil action to withdraw as attorney for Defendant. That motion advises this Court of the basis for that motion. No date has been set for a hearing on this motion, but the clerk has advised that available dates are August 2, or 9, 2018. We are available on these dates or sooner at the Court's convenience.

Dated: May 8, 2018 **GAINOR & DONNOR**

By */s/ Ronald Gainor*
Ronald Gainor

*Attorney for Defendant*
ZHENGQUAN ZHANG

Dated: May 8, 2018 **BAKER & HOSTETLER LLP**[1]

By */s/ Michael R. Matthias*
Michael R. Matthias
Matthew D. Pearson

*Attorneys for Plaintiffs* KCG AMERICAS LLC and KCG HOLDINGS, INC.

---

[1] I, Michael R. Matthias, am the ECF user whose ID and password are being used to file this document. In compliance with N.D. Cal. Local Rule 5-1(i)(3), I certify that the concurrence in this filing has been obtained from all of the other signatories.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, here certifies that he served a copy of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated: May 8, 2018
              */s/ Michael R. Matthias*
              Michael R. Matthias